**No. 11-5007. Randy W. Jenkins, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 149, 2011 U.S. LEXIS 5282.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 788.